## 4103.　WILLIAMS v. THE STATE.

RUSSELL, J.　1. The evidence authorized the verdict.

2. In the absence of a request, it is not error to omit to charge the jury that they are judges of the law and facts in criminal cases.　The special assignments of error are controlled by the ruling of this court in *Reddick* v. *State* (paragraph 1), ante, 150.　　　*Judgment affirmed.*

DECIDED MAY 7, 1912.

Conviction of shooting at another; from Early superior court—Judge Worrill.　February 29, 1912.

*Rambo & Wright,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.